# EXHIBIT A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**  Reg. No. 1,599,952
Registered June 5, 1990

## SERVICE MARK
PRINCIPAL REGISTER

## CARNEGIE HALL

CARNEGIE HALL CORPORATION (NEW YORK NOT-FOR-PROFIT CORPORATION)
881 SEVENTH AVENUE
NEW YORK, NY 10019

FOR: CONCERT AND PERFORMANCE HALL RENTAL SERVICES; THEATRICAL TICKET AGENCY SERVICES;MOVIE THEATER SERVICES; RECORDING STUDIO SERVICES; MUSIC LIBRARY SERVICES; ORGANIZING AND CONDUCTING MUSICAL CONCERTS, ORCHESTRAL CONCERTS, DANCE PERFORMANCES, FASHION SHOWS, AND COMPETITIONS AND AWARD CEREMONIES IN THE FIELD OF MUSIC; PRODUCTION SERVICES FOR SHOWS, RADIO PROGRAMS, FILM AND VIDEO TAPE PROGRAMS; PROVIDING INSTRUCTION SERVICES, CLASSES, LECTURE, AND SEMINARS IN THE FIELD OF MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-8-1895; IN COMMERCE 1-8-1895.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALL", APART FROM THE MARK AS SHOWN.

SER. NO. 73-783,920, FILED 3-1-1989.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: **16**

Prior U.S. Cls.: **2, 37, 38, and 50**

**United States Patent and Trademark Office**  Reg. No. **1,818,456**
Registered **Jan. 25, 1994**

## TRADEMARK
### PRINCIPAL REGISTER

### CARNEGIE HALL

CARNEGIE HALL CORPORATION (NEW YORK NOT-FOR-PROFIT CORPORATION)
881 SEVENTH AVENUE
NEW YORK, NY 10019

FOR: PRINTED MATTER; NAMELY, POSTERS, PAPER BAGS, AND PAPERWEIGHTS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE 9-0-1990.
OWNER OF U.S. REG. NO. 1,599,952.

SN 74-065,273, FILED 6-4-1990.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

Int. Cls.: **9, 16, 18, 25, and 28**

Prior U.S. Cls.: **1, 2, 3, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 41, and 50**

**United States Patent and Trademark Office**

Reg. No. **2,358,244**
Registered **June 13, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## CARNEGIE HALL

CARNEGIE HALL CORPORATION THE (NEW YORK NON-PROFIT CORPORATION)
CARNEGIE HALL
881 SEVENTH AVENUE
NEW YORK, NY 100193210

FOR: MUSICAL SOUND RECORDING, NAMELY, PRE-RECORDED PHONOGRAPH RECORDS, AUDIO TAPES, VIDEO CASSETTES, COMPACT DISCS AND LASER DISCS FEATURING MUSIC; EDUCATIONAL PRODUCTS FOR CHILDREN, NAMELY, PRE-RECORDED AUDIO AND VIDEO CASSETTES, VIDEO DISCS, OPTICAL DISCS FOR TRANSMITTING AND REPRODUCING TEXT, SOUND AND/OR IMAGES, INTERACTIVE CD-ROM AND COMPUTER SOFTWARE IN THE FIELD OF MUSIC, FEATURING DIRECTORIES, HISTORIES, AND OTHER INFORMATION RELATED TO MUSICAL EVENTS, PRODUCTS, AND PERSONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9–0–1990; IN COMMERCE 9–0–1990.

FOR: BOOK ABOUT MUSIC; CALENDARS; COLORING BOOKS; GRAPHIC ART REPRODUCTIONS; GREETING CARDS; NOTE PADS; PAPER NAPKINS; BOOKMARKS; PENCILS; PENS; POSTCARDS; CROSSWORD PUZZLES; SHEET MUSIC; EDUCATIONAL PRODUCTS FEATURING COLORING AND ACTIVITY BOOKS, FLASH CARDS, STICKERS, WORKBOOKS, ACTIVITY AND INFORMATIONAL KITS, ALL FEATURING AND RELATING TO MUSICAL EVENTS, PRODUCTS, AND PEOPLE; PAPER BANNERS; FICTION AND NON-FICTION BOOKS FEATURING INFORMATION RELATED TO MUSICAL EVENTS, PRODUCTS, AND PEOPLE; INSTRUCTIONAL AND TEACHING MATERIALS COMPOSED OF TEXT AND/OR PICTORIAL REPRESENTATIONS ALL IN THE FIELD OF MUSIC AND RELATED TO MUSICAL EVENTS, PRODUCTS, AND PEOPLE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9–0–1990; IN COMMERCE 9–0–1990.

FOR: CARRY ALL BAGS; TOTE BAGS; WALLETS; UMBRELLAS; BILLFOLDS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9–0–1990; IN COMMERCE 9–0–1990.

FOR: T-SHIRTS, SHIRTS; HATS; CAPS; JACKETS; SWEATERS; SCARVES; TIES, HEADBANDS; SUSPENDERS; SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9–0–1990; IN COMMERCE 9–0–1990.

FOR: THREE-DIMENSIONAL PUZZLES; STUFFED TOYS; TOY BANKS; BATHTUB TOYS; KITES; CHRISTMAS TREE ORNAMENTS; BOARD GAMES; MUSIC BOX TOYS; CARD GAMES; TOY AND DECORATIVE MOBILES; DOLLS; PLAY FIGURES; WIND-UP TOYS; JIGSAW PUZZLES; MARBLES; MANIPULATIVE PUZZLES; MUSICAL TOYS; PAPER DOLLS; PARTY FAVORS IN THE NATURE OF SMALL TOYS; RUBBER ACTION BALLS, IN CLASS 28 (U.S. CLS . 22, 23, 38 AND 50).

FIRST USE 9–0–1990; IN COMMERCE 9–0–1990.

OWNER OF U.S. REG. NOS. 1,599,952 AND 1,818,456.

SN 75–426,593, FILED 1–30–1998.

STANLEY I. OSBORNE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# CARNEGIE HALL

**Reg. No. 6,046,767**
**Registered May 05, 2020**
**Int. Cl.: 9, 14, 18, 20, 21, 28**
**Trademark**
**Principal Register**

The Carnegie Hall Corporation (NEW YORK non-profit corporation)
881 Seventh Avenue
New York, NEW YORK 10019

CLASS 9: Cell phone holders, opera glasses and magnets

FIRST USE 9-13-2012; IN COMMERCE 9-13-2012

CLASS 14: Charms, namely, charms for jewelry and charms for key chains; lapel pins

FIRST USE 9-20-2012; IN COMMERCE 9-20-2012

CLASS 18: Luggage tags

FIRST USE 10-30-2013; IN COMMERCE 10-30-2013

CLASS 20: Personal compact mirror

FIRST USE 9-17-2012; IN COMMERCE 9-17-2012

CLASS 21: Insulated water bottles sold empty, metal water bottles sold empty, coasters not of paper or textile, drinking flasks, shot glasses, mugs and boxes for mint candies

FIRST USE 6-1-2005; IN COMMERCE 6-1-2005

CLASS 28: Golf balls

FIRST USE 9-10-2012; IN COMMERCE 9-10-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2358244, 1818456, 2707933

SER. NO. 88-639,608, FILED 10-02-2019

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CARNEGIE HALL+

**Reg. No. 7,263,101**
**Registered Jan. 02, 2024**
**Int. Cl.: 9, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

The Carnegie Hall Corporation (NEW YORK non-profit corporation)
881 Seventh Avenue
New York, NEW YORK 10019

CLASS 9: Downloadable software applications for streaming of audio, video, and audiovisual material, namely, musical, narrative, documentary and artistic recorded audiovisual performances via a paid subscription video on-demand service

FIRST USE 12-8-2021; IN COMMERCE 12-8-2021

CLASS 38: Streaming of audio, video, and audiovisual material via the Internet, namely, delivery of musical, narrative, documentary and artistic recorded audiovisual performances via a paid subscription video on-demand service

FIRST USE 12-8-2021; IN COMMERCE 12-8-2021

CLASS 41: Provision of non-downloadable musical, narrative, documentary and artistic recorded audiovisual performances via a paid subscription video on-demand service

FIRST USE 12-8-2021; IN COMMERCE 12-8-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2358244, 6046767, 1599952

SER. NO. 97-157,167, FILED 12-06-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## LIVE AT CARNEGIE HALL

**Reg. No. 3,753,335** THE CARNEGIE HALL CORPORATION (NEW YORK NON-PROFIT CORPORATION)
Registered Feb. 23, 2010   881 SEVENTH AVENUE
NEW YORK, NY 100193210

**Int. Cl.: 9** FOR: SOUND RECORDINGS, NAMELY, COMPACT DISCS FEATURING MUSIC; VIDEO RECORDINGS, NAMELY, DVD'S FEATURING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK
PRINCIPAL REGISTER** FIRST USE 5-24-1990; IN COMMERCE 5-24-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,599,952, 1,818,456, AND 2,358,244.

SN 78-727,796, FILED 10-6-2005.

JORDAN BAKER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,707,933
Registered Apr. 15, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

### CARNEGIE HALL LISTENING ADVENTURES

CARNEGIE HALL CORPORATION, THE (NEW YORK CORPORATION)
881 SEVENTH AVENUE
NEW YORK, NY 10019

FOR: PROVIDING INTERACTIVE MULTIMEDIA EDUCATIONAL AND ENTERTAINMENT SERVICES TO THE INTERNET AND TO INTRANETS, FEATURING ORCHESTRA, OPERA, JAZZ, FOLK MUSIC, GREAT COMPOSERS, PERIOD STYLES OF MUSIC AND INSTRUMENTALS, TOGETHER WITH APPROPRIATE COMMENTARY, TEXT, OR ANIMATED GRAPHIC IMAGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

OWNER OF U.S. REG. NOS. 1,599,952, 1,818,456, AND 2,358,244.

SN 76-975,103, FILED 12-26-2000.

GEORGE LORENZO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,804,867**

**Registered Jul. 26, 2022**

**Int. Cl.: 9, 10, 14, 16, 18, 20, 21, 25, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

The Carnegie Hall Corporation  (NEW YORK non-profit corporation )
881 Seventh Avenue
New York, NEW YORK 10019

CLASS 9: Cell phone holders, opera glasses and magnets; sound recordings, namely, pre-recorded compact discs featuring music; video recordings, namely, pre-recorded DVD's featuring music; prerecorded phonograph records, compact discs featuring music; educational products for children, namely, pre-recorded audio and video cassettes, video discs, optical discs for transmitting and reproducing text, sound and/or images, interactive CD-ROMs and recorded and downloadable computer software in the field of music, featuring directories, histories, and other information related to musical events, products, and persons

FIRST USE 12-16-2021; IN COMMERCE 12-26-2021

CLASS 10: Fashion face masks being sanitary masks for protection against viral infection

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 14: Charms and lapel pins for jewelry

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 16: Printed matter, namely, posters made of paper and paper bags; paperweights; books about music; printed coloring books; graphic art reproductions; printed greeting cards; printed note pads; bookmarks; pencils; pens; printed postcards; printed sheet music; educational products featuring coloring and activity books, flash cards, stickers, workbooks, activity and informational kits, all featuring and relating to musical events, products, and people; paper banners; series of printed fiction and non-fiction books featuring information related to musical events, products, and people; printed instructional and teaching materials composed of text and/or pictorial



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



representations all in the field of music and related to musical events, products, and people

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 18: Luggage tags; carry-all bags; tote bags; wallets; umbrellas; billfolds, key cases

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 20: Personal compact mirrors

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 21: Reusable and insulated water bottles and metal water bottles sold empty; coasters not of paper or textile, flasks, shot glasses, mugs and boxes for mint candies sold empty

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 25: T-shirts, shirts; hats; caps; jackets; sweaters; scarves; ties; suspenders; socks

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 28: Golf balls; three-dimensional puzzles; stuffed toys; Christmas tree ornaments; board games; music box toys; card games; plush toys for children made of felt; dolls; play figures; wind-up toys; jigsaw puzzles; manipulative puzzles; musical toys; paper dolls

FIRST USE 12-16-2021; IN COMMERCE 12-16-2021

CLASS 41: Entertainment, namely, live music concerts; educational services, namely, conducting classes in the field of music; organizing and conducting musical programs, namely, auditions, training and tour performances for young musicians who perform together as a symphony orchestra; concert and performance hall rental services; theatrical ticket agency services; recording studio services; organizing and conducting musical concerts, orchestral concerts, dance performances, fashion shows, and competitions and award ceremonies in the field of music; Entertainment services in the nature of the production of shows, radio programs, film and video tape programs; providing instruction services, classes, lecture, and seminars in the field of music; Entertainment and education services, namely, a multimedia program series featuring orchestra, opera, jazz, folk music, great composers, period styles of music and instrumentals, together with appropriate commentary, text, or animated graphic images distributed via Internet and to intranets

FIRST USE 6-8-2021; IN COMMERCE 6-8-2021

The mark consists of the letters "C" and "H" inside of a circular shape.

SER. NO. 90-468,685, FILED 01-15-2021