# KIRKLAND & ELLIS LLP

Shanti Sadtler Conway
To Call Writer Directly:
+1 212 446 5933
shanti.conway@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

September 3, 2025

**VIA ECF**

Hon. Naomi Reice Buchwald
District Judge, United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *The Carnegie Hall Corporation v. Carnegie Hospitality LLC, et al.*, Case No. 25-cv-04224-NRB - **Proposed Case Management Plan and Scheduling Order**

Dear Judge Buchwald:

    We represent Plaintiff The Carnegie Hall Corporation ("Carnegie Hall"), in the above-captioned action. We write jointly with counsel for Defendants Carnegie Hospitality LLC, Carnegie Diner 57 LLC d/b/a Carnegie Diner & Café, Carnegie Diner 828 LLC d/b/a Carnegie Diner & Café, Carnegie Diner Secaucus, LLC, Carnegie Diner Vienna LLC d/b/a Carnegie Diner, and Efstathios Antonakopoulos (collectively "Defendants," and together with Carnegie Hall, the "Parties").

    On August 20, 2025, the Parties met and conferred regarding case management items, pursuant to Rule 26(f) and Rule 16(b) of the Federal Rules of Civil Procedure, including the nature and basis of the Parties' respective claims and defenses, preservation of electronically stored information, the prospect of settlement, and the development of a discovery plan. During the Rule 26(f) conference, the Parties agreed to exchange initial disclosures on September 3, 2025, pursuant to Rule 26(a)(1)(C). On August 22, 2025, Carnegie Hall served an initial set of Interrogatories, Requests for Production, and Requests for Admission on Defendants. On August 25, 2025, Carnegie Hall proposed the attached Proposed Scheduling Order, attached hereto as Exhibit A.

    On August 29, 2025, Defendants informed Carnegie Hall of their belief that it would be appropriate to schedule a Rule 16 conference with the Court prior to entry of the proposed Civil Case Management Plan and Scheduling Order and proposed that the parties file a joint letter requesting such a conference. Defendants further suggested that, for efficiency, the Rule 16 conference be held in conjunction with the September 4, 2025 conference. On August 29, 2025, Carnegie Hall responded that requesting a Rule 16 conference was not necessary, but that pursuant to Rule 26(f)(2), the Parties' Rule 26(f) report did need to be filed by September 3, 2025, and thus

## KIRKLAND & ELLIS LLP

Hon. Naomi Reice Buchwald
September 3, 2025
Page 2

again requested any revisions from Defendants. Carnegie Hall also stated that the Parties could include in their joint letter that they were available to discuss the schedule with the Court during the September 4, 2025 conference.

On September 2, 2025, Defendants proposed that the Parties jointly request either (1) a stay of discovery pending the Court's ruling on the motion to dismiss that Defendants have requested this Court's permission to file (Dkt. 29) and which Carnegie Hall intends to oppose (Dkt. 30); or, alternatively, (2) request a phased schedule limited to Rule 26(a)(1) initial disclosures, preservation obligations, and narrowly tailored document exchanges on core issues, with depositions and third-party discovery deferred until the motion to dismiss is decided. Defendants deny the adverse allegations in the complaint, including those of infringement, and contend that discovery here would be broad and burdensome pending the determination of Defendants' motion to dismiss on jurisdictional and substantive grounds, while Plaintiff would not be prejudiced, particularly given the proposal of phased disclosures.

Carnegie Hall opposes Defendants' request and believes that discovery in this case should proceed in parallel to any motion to dismiss. As set forth in Carnegie Hall's August 7, 2025 letter, Carnegie Hall's position is that Defendants' motion lacks merit entirely. Thus, there is no reason to delay discovery in this case pending the resolution of the motion to dismiss. Carnegie Hall contends that a stay of discovery would be substantially prejudicial by delaying resolution of this matter given that Defendants have continued to infringe on Carnegie Hall's marks even since the filing of the Complaint. Accordingly, Carnegie Hall requests that the attached scheduling order be entered.

Separate and apart from the scheduling issues, the Parties also have discussed the possibility of settlement. To that end, the Parties respectfully request that the Court schedule a settlement conference in this case with Magistrate Judge Netburn, to occur as soon as practicable.

The Parties thank the Court for its time and attention to this matter.

**KIRKLAND & ELLIS LLP**

Hon. Naomi Reice Buchwald
September 3, 2025
Page 3

Respectfully submitted,

| **KIRKLAND & ELLIS LLP** | **PARDALIS & NOHAVICKA, LLP** |
|---|---|
| /s/ *Shanti Sadtler Conway* | /s/ *Eleni Melekou* |
| Shanti Sadtler Conway | Eleni Melekou |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

CC: All counsel of record (via ECF)