# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CARNEGIE HALL CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARNEGIE HOSPITALITY LLC, CARNEGIE DINER 57 LLC D/B/A CARNEGIE DINER & CAFE, CARNEGIE DINER 828 LLC D/B/A CARNEGIE DINER & CAFE, CARNEGIE DINER SECAUCUS, LLC, CARNEGIE DINER VIENNA LLC D/B/A CARNEGIE DINER, and EFSTATHIOS ANTONAKOPOULOS<br><br>                    Defendants. | Case No.: 25-cv-4224<br><br>ECF Case<br><br>**[PROPOSED] CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

NAOMI REICE BUCHWALD, United States District Judge:

WHEREAS, the parties in the above-captioned-matter have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure:

It is hereby ORDERED as follows:

1. The parties **do not consent** to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than **September 3, 2025**.

3. No joinder of additional parties or amendments to pleadings may be made after **January 9, 2025** absent a showing of good cause under Federal Rule of Civil Procedure 16, provided that this deadline does not restrict a party's ability to amend as of right or otherwise as permitted pursuant to Federal Rule of Civil Procedure 15.

4. All fact discovery is to be completed no later than **March 1, 2026**.

   a. Initial requests for production of documents shall be served by **September 12, 2025**, and written responses thereto shall be served within thirty (30) days of such service.

  b. Initial interrogatories pursuant to Local Rule 33.3(a) shall be served by **September 12, 2025**, and written responses thereto shall be served within thirty (30) days of such service.

  c. Initial requests for admission shall be served by **September 12, 2025**, and written responses thereto shall be served within thirty (30) days of such service.

  d. Any subsequent requests for production of documents, interrogatories pursuant to Local Rule 33.3(b) or (c), or requests to admit shall be served no later than 45 days prior to the fact discovery deadline.

  e. Document productions shall be substantially completed by **January 16, 2026**.

5. All expert discovery, including disclosures, reports, production of underlying documents, and deposition shall be completed by **June 1, 2026**.

  f. Initial expert reports shall be served by the parties by **April 1, 2026**.

  g. Any reports rebutting the initial expert reports shall be served by the parties by **April 29, 2026**.

6. Any party may file an application for leave to file a summary judgment motion pursuant to Rule 2.B. of the Individual Rules no later than **July 1, 2026**.

7. This case is to be tried by a jury.

8. Per Section 3 of the Court's Individual Practices, the Court shall later set a schedule for pretrial filings, including the pretrial order, jury charges, *in limine* motions, proposed findings of fact and conclusions of law, other pretrial memoranda as appropriate, and also the pretrial conference.

SO ORDERED.

Dated:

  New York, New York

                 _____
                 Naomi Reice Buchwald
                 United States District Judge