UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Plaintiff,   The Carnegie Hall Corp.

   -v-

Defendant.   Carnegie Hospitality LLC, et al.

-----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

25cv4224    (NRB)(SN)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute:*
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
- [x] Settlement*
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:
- [ ] All such motions:

*The parties would much appreciate a conference as soon as you are able.*

*Do not check if already referred for general pretrial.

Dated September 4, 2025

SO ORDERED:

*[signature]*

United States District Judge