

September 18, 2025

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21A.
New York, NY 10007-1312

Re:   *The Carnegie Hall Corporation v. Carnegie Hospitality LLC et al.*; 25-cv-04224-NRB

   *Letter-Motion for a Brief Extension of Time to Respond to Plaintiff's Discovery Demands*

Dear Respected District Judge Buchwald:

   We represent Defendants in the above-captioned action and respectfully submit this letter pursuant to Rule 1(B) of Your Honor's Individual Practices to request a brief seven-day extension, from September 22, 2025, to September 29, 2025, to serve initial responses and objections to Plaintiff's voluminous Requests for Production, First Set of Interrogatories, and First Set of Requests for Admission, all served on August 22, 2025. If, however, Your Honor is inclined to issue the stay that was addressed in prior communications (ECF Nos. 31, 34, 36-37), and in conference with Your Honor on September 4, 2025, in whole, or in part, that would also impact the scope of necessary responses.

   At the September 4, 2025, telephonic pre-motion conference, the Court addressed Defendants' anticipated motion to dismiss and proposal for a stay of discovery pending resolution of that motion. The Court directed Plaintiff to submit a letter outlining its proposed discovery scope, to which Defendants responded on September 9, 2025 (ECF No. 36). The Court has not yet ruled on the parties' submissions, entered an Initial Discovery Plan, or set a briefing schedule on Defendants' motion to dismiss. Thus, the appropriate scope of discovery remains unresolved.

   While no discovery plan has been entered, as the Honorable Court has not yet issued a directive concerning a stay, the Defendants, in the best of good faith, are seeking to address the Plaintiff's exhaustive 60 document requests and 94 requests for admission together with their interrogatories. However, I have experienced a personal health issue, requiring a procedure last Friday that has, amongst other things, impeded my ability to address these voluminous demands by September 22, 2025.

   Accordingly, on September 18, 2025, I asked Plaintiff's counsel to consent to a brief extension, until September 29, 2025, to complete initial responses. Plaintiff's counsel responded

by conditioning any prospective consent on Defendants committing to serve full responses to all demands interposed by September 29, 2025, regardless of any subsequent Court order on discovery scope or stay.

As the Defendants should not be expected to withdraw their application for a stay or otherwise prejudge the Court's forthcoming rulings, we ask the Honorable Court to grant the brief 7-day extension sought without prejudice to Defendants' pending request for a stay or for limitations on the scope of discovery. This is the first request for an extension of time and does not affect any other court deadlines.

Finally, Defendants respectfully request that, should settlement efforts prove unsuccessful, the Court enter a briefing schedule on Defendants' motion to dismiss.

We thank Your Honor for Your time and consideration of this matter.

> Respectfully submitted,
> PARDALIS & NOHAVICKA, LLP
>
> By: /s/*Eleni Melekou*
> Eleni Melekou

cc (via ECF):

All appearing counsel

950 THIRD AVENUE, 11TH FLOOR, NEW YORK, NY 10022 | 29-20 23rd AVENUE 4TH FLOOR ASTORIA, NY 11105
P: 212.213.8511 | F: 718.777.0599 | eleni@pnlawyers.com | www.pnlawyers.com