UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
THE CARNEGIE HALL CORPORATION,

          Plaintiff,

      - against -

CARNEGIE HOSPITALITY LLC;
CARNEGIE DINER 57 LLC; CARNEGIE
DINER 828 LLC; CARNEGIE DINER
SEACAUCUS, LLC; CARNEGIE DINER
VIENNA LLC; and EFSTATHIOS
ANTONAKOPOULOS

         Defendants.

------------------------------X

**MEMORANDUM AND ORDER**

25 Civ. 4224 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This memorandum and order addresses the plaintiff's letters of September 5, September 11, and September 19, ECF Nos. 34, 37, 39, and defendants' letters of September 9 and September 18, ECF Nos. 36, 38.

The defendants are directed to respond to the discovery requests set out in plaintiff's September 5, 2025 letter in accordance with the time requirements of the Federal Rules of Civil Procedure. Assuming full compliance with the September 5, 2025 discovery requests, responses to the August 22, 2025 demands will be stayed pending decision on the defendants' anticipated motion to dismiss.

**SO ORDERED.**


Dated:     September 25, 2025
           New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE