UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CARNEGIE HALL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARNEGIE HOSPITALITY LLC, CARNEGIE DINER 57 LLC D/B/A CARNEGIE DINER & CAFE, CARNEGIE DINER 828 LLC D/B/A CARNEGIE DINER & CAFE, CARNEGIE DINER SECAUCUS, LLC, CARNEGIE DINER VIENNA LLC D/B/A CARNEGIE DINER, and EFSTATHIOS ANTONAKOPOULOS,<br><br>　　　　　　Defendants. | Case No.: 25-cv-4224-NRB<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:　The clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in this case as counsel for: Plaintiff The Carnegie Hall Corporation.

Dated: October 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua C. Berlowitz*

　　　　　　　　　　　　　　　　　　　　　　　　Joshua C. Berlowitz
　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 446-4800
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 446-4900
　　　　　　　　　　　　　　　　　　　　　　　　josh.berlowitz@kirkland.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff The Carnegie Hall Corporation*