# KIRKLAND & ELLIS LLP

Shanti Sadtler Conway
To Call Writer Directly:
+1 212 446 5933
shanti.conway@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 11, 2025

*Application granted.*
*Naomi Reice Buchwald, USDJ*
*12/11/25*

**Via ECF and Email**

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *The Carnegie Hall Corporation v. Carnegie Hospitality LLC, et al.,*
**Case No. 25-cv-04224-NRB (SN)**

Dear Judge Buchwald:

Pursuant to this Court's request, the parties write jointly to request an extension of time for the filing of papers relating to Defendants' Motion for Reconsideration ("Motion"). Dkt. 51. Currently, Plaintiffs' opposition to this motion is due on December 15, 2025 and any reply by Defendants would be due seven days thereafter. The Parties request to extend Plaintiff's deadline to file any opposition to the Motion to January 5, 2026 and the Defendants' deadline to file any reply to January 26, 2026. Good cause exists (1) to facilitate the Parties' settlement discussions and (2) due to the intervening holidays.

No previous requests have been made to extend these deadlines and both Parties consent to these extensions.

Sincerely,

Shanti Sadtler Conway

CC: All counsel of record