# KIRKLAND & ELLIS LLP

Shanti Sadtler Conway
To Call Writer Directly:
+1 212 446 5933
shanti.conway@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

January 12, 2026

**Via ECF and Email**

Hon. Sarah Netburn
Chief Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *The Carnegie Hall Corporation v. Carnegie Hospitality LLC, et al.*,
      **Case No. 25-cv-04224-NRB (SN)**

Dear Chief Magistrate Judge Netburn:

Plaintiff The Carnegie Hall Corporation writes to update this Court on the status of finalizing the settlement terms. On January 9, 2026, the parties executed a confidential Settlement Agreement. The parties will file a stipulation of dismissal of this litigation no later than January 21, 2026.

Respectfully submitted,

*/s/ Shanti Sadtler Conway*
Shanti Sadtler Conway

*Attorney for Plaintiff*

CC: All counsel of record